**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| X17, INC., <br><br> Plaintiff, <br> v. <br><br> FANPOP, INC.; DOES 1–10, inclusive, <br><br> Defendants. | Case No. 2:13-cv-01734-ODW(RZx) <br><br> **ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On December 9, 2013, the parties informed that the Court that they reached a settlement of this case. (ECF No. 30.) They indicate that the parties must perform certain settlement acts by August 31, 2014, and Plaintiff X17, Inc. will thereafter file a dismissal with prejudice. (*Id.*)

The parties basically request that this case tarry on the docket for almost nine months before they finalize their settlement. The Court understands that parties want to protect their legal rights in case the other party breaches the settlement agreement. But breach of a settlement agreement gives rise to a separate claim—one distinct from the underlying merits of this action. *See Sharpe v. F.D.I.C.*, 126 F.3d 1147, 1153 (9th Cir. 1997) ("It is beyond cavil that this failure to perform the express terms of the settlement agreement is a breach."). The parties therefore have an adequate, independent remedy to address any potential breach.

The Court consequently **ORDERS** the parties **TO SHOW CAUSE** by **Monday, January 6, 2013**, why they have not finalized settlement. No hearing will be held. The Court will discharge this order upon filing of a notice of voluntary dismissal or proposed dismissal order.

**IT IS SO ORDERED.**

December 9, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**